# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 CR 28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| RODNEY LAMAR SELF. ) | |
| ) | |
| _____ ) | |

**THIS ORDER** is entered based upon the court's own motion. The court does hereby stay the release of the defendant pursuant to the terms of the pretrial release entered in this matter by the court on August 15, 2008 pending further hearing before the undersigned.

## ORDER

**IT IS, THEREFORE, ORDERED** that the order setting terms and conditions of pretrial release of the defendant is hereby **STAYED** and this matter be set for further hearings before the undersigned concerning the issue of release of the defendant.

Signed: August 19, 2008

Dennis L. Howell
United States Magistrate Judge