# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR28

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | |
| ) | **O R D E R** |
| **RODNEY LAMAR SELF** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's motion to withdraw his guilty plea filed March 20, 2009. Defendant entered into a plea agreement with the Government on October 1, 2008, and later pled guilty to a one-count indictment of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) following a Rule 11 hearing before United States Magistrage Judge Dennis L. Howell. **See Acceptance and Entry of Guilty Plea, filed October 3, 2008.**

On February 19, 2009, Defendant was provided notice that his sentencing hearing was scheduled for March 25, 2009, at 2 p.m., in Bryson City. On March 13, 2009, Defendant's court appointed counsel was

allowed to withdraw from further representation after Attorney Andrew Banzhoff entered an appearance Defendant's behalf. **See Notice of Attorney Appearance, filed March 3, 2009.** On the veritable eve of sentencing, Defendant has filed this instant motion to withdraw his guilty plea. The Government has not yet had a reasonable opportunity to file a response. The Court finds that a hearing on this motion should be set to allow both parties an opportunity to argue their respective positions in advance of the scheduled sentencing hearing.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to withdraw his plea of guilty is set for hearing on **March 24, 2009, at 2 p.m. , in the United States District Court, Asheville Division, in Courtroom #3, on March 24, 2009.**

Signed: March 23, 2009

Lacy H. Thornburg
United States District Judge